```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208          JS 6
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com


Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>PAUL A. GREEN,<br><br>              Defendant | No. 2:14 cv 1262-DSF-PJWx<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Paul A. Green, in the principal amount of $7,463.66 plus interest accrued to February 19, 2014, in the sum of $13,777.18; with interest accruing thereafter at $0.96 per day until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**21,327.84**.


DATED: 12/4/14

                                            _____
                                              Honorable Dale S. Fischer
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28